UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOD GROUP, INC., <br><br>               Plaintiff, <br><br>   v. <br><br>SNACLITE, LLC, <br><br>               Defendant. | Case No.: 2:15-mc-00054-MCE-AC <br><br>***EX PARTE* ORDER FOR ISSUANCE OF WRIT OF EXECUTION** |

This matter is before the Court on the Plaintiff's *Ex Parte* Motion for the Issuance of a Writ of Execution (ECF No. 2). Upon consideration of Plaintiff's Motion and the papers submitted in connection therewith, and good cause appearing, Plaintiff's Motion is GRANTED. Additionally, the Court hereby ORDERS as follows:

1. The Clerk of the Court shall issue Writs of Execution forthwith with respect to all persons or entities identified on Exhibit 1 hereto, and any other persons or entities that the Plaintiff's counsel informs the Clerk are account debtors of the Defendant.

2. Within ten (10) days after the U.S. Marshals Service files process receipts and returns for the Writs of Execution with the Court, the Plaintiff shall serve a copy of this Order and the supporting papers, together with Notice of Entry of the Judgment, upon the Defendant in accordance with California Code of Civil Procedure § 1710.30(a).

3. The service required by the preceding paragraph shall be made in the manner provided for the service of a summons under Federal Rule of Civil Procedure 4, unless Defendant SnacLite, LLC ("Defendant") or its representative agrees to accept service via email.

4. Defendant shall file any motion to vacate the Judgment or otherwise contest the enforcement thereof within fourteen (14) days after being served in accordance with paragraphs 2 and 3 of this Order. Plaintiff may file a reply within seven (7) days after the day any opposition is filed.

5. Upon being served with a Writ of Execution, any person or entity owing money or property to Defendant shall transfer it to the U.S. Marshals Service in accordance with California Code of Civil Procedure § 701.010.

6. Pursuant to California Code of Civil Procedure § 1710.45(d), thirty (30) days after Plaintiff serves Notice of Entry of the Judgment, any property of Defendant levied upon pursuant to a Writ of Execution shall be sold or applied to the satisfaction of the Judgment unless the Defendant has timely filed a motion to vacate the Judgment or otherwise contested the enforcement thereof.

IT IS SO ORDERED.

**Dated:  June 2, 2015**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

ORDER ON *EX PARTE* MOTION
Case No.: 2:15-mc-00054-MCE-AC

# EXHIBIT 1

| Account Debtor | Premises located in the Eastern District of California | Address of Registered Agent for the Service of Process in California |
|---|---|---|
| 1. The Kroger Co.<br>2. The Kroger Co. of Michigan<br>3. Kroger Dedicated Logistics Co.<br>4. Kroger Prescription Plans | | Corporation Service Company<br>2710 Gateway Oaks Dr Ste 150N<br>Sacramento, CA 95833 |
| 5. Walmart | 3661 Truxel Rd.<br>Sacramento, CA 95834 | |
| 6. Save Mart Sonoma Associates, LLC | 1. 2735 Marconi Ave, Sacramento, CA 95821<br><br>2. 7960 Gerber Rd. Sacramento, CA 95828 | 1800 Standiford Avenue<br>Modesto, CA 95350 |
| 7. New Albertson's, Inc.<br>8. New Albertson's Holdings LLC<br>9. Albertson's Holdings LLC<br>10. Albertson's LLC<br>11. Albertson's Realty LLC | | CT Corporation System<br>818 W Seventh St., 2nd Fl.<br>Los Angeles CA 90017 |
| 12. Unified Grocers, Inc. | | 5200 Sheila Street<br>Los Angeles, CA 90040 |
| 13. KeHe Distributors, Inc. | | 818 W Seventh St., 2nd Fl.<br>Los Angeles CA 90017 |
| 14. Ready Roast Holding Company, LLC<br>15. Ready Roast Nut Company, LLC | | 805 Falcon Dr.<br>Madera, CA 93637 |