UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIERRA FOOD GROUP, INC., )
                 ) Case No.: 2:15-mc-00054-MCE-AC
         Plaintiff, )
     v. )
                 ) **ORDER GRANTING REQUEST FOR**
SNACLITE, LLC, ) **APPOINTMENT OF REGISTERED PROCESS**
                 ) **SERVER**
         Defendant. )
                 )

This matter is before the Court on the Plaintiff's *Ex Parte* Motion for an Order Granting the Appointment of a Registered Process Server (the "Motion"). Upon consideration of the Motion and the papers submitted in connection therewith, and good cause appearing, the Court hereby GRANTS the Plaintiff's Motion. Accordingly, the Court hereby ORDERS as follows:

     1.     DDS Legal Support Systems, Inc. is authorized to serve the writ of execution and any other documents required for the enforcement of the Plaintiff's judgment in this matter in the Central District of California.

     IT IS SO ORDERED.

**Dated: June 30, 2015**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

RTE MOTION
0054-MCE-AC